**Order issued October 21, 2014**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

On this day, the Court on the motion of the Clerk of the Court, considered the list of civil cases attached to this order for document destruction in accordance with Section 51.204, Government Code, and the Court having examined such causes and their records and having determined that:

1.  Such causes have been finally disposed of for a period in excess of six years;

2.  The original opinions and minutes of the court are to be retained permanently and are not to be included in this order of destruction, unless the documents are microfilmed in accordance with Section 51.204;

3. The records of such causes do not contain highly concentrated, unique and valuable information unlikely to be found in any other source available to researchers;

4. The records have not been determined to be archival state records by the state archivist;

5. The state library has been apprised of the pending destruction of these records and has indicated it does not wish to have such records transferred to its facilities or has identified those records to be transferred to its facilities and has either obtained such or is in the process of doing so;

6.  Attorneys of record have been apprised of the pending destruction of these records and have not requested the return of any exhibits or other documents of the case or have identified those exhibits or other documents of the case to be returned and have either obtained such or are in the process of doing so; and

7.  The financial, accounting, business records, administrative correspondence, other non-permanent records of the court, other than permanent records of the

court referenced above in this order, will be destroyed immediately upon conclusion of the retention period established therefore by the Court's Records Retention Schedule.

It is, therefore, ORDERED that the Clerk, pursuant to Section 51,204, Government Code, shall destroy, by any means found appropriate, the records in the civil cases on the list attached to this order. However, this order does not include those records required to be maintained on a permanent basis, which have been filed with or left in the possession of the Clerk in all hearings or proceedings in this Court on the attached cases, including all original documents generated by this Court in connection with such hearings or proceedings.

/Carolyn Wright/
CHIEF JUSTICE

05-99-01237-CV  *Teddie Lynn Weems v. Showpalace Recreation Center, et al*

05-99-00929-CV  *In the Best Interest and Protection of B.G.*

05-04-00464-CV  *C. Stephen Hauptli v. Bank of Texas, N.A.*

05-04-00016-CV  *Wared Corporation v. Information Leasing*

05-04-01009-CV  *Antonio Medina v. City of Dallas*

05-04-00204-CV  *In the Interest of M.R. M. and J.H.M., minor children*

05-04-00183-CV  *Brett Barnes v. Signature Towing and Rick Chron*

05-04-00667-CV  *Hackard & Holt et al v. Regal Aviation, LLC*

05-03-01674-CV  *Craig Lemp d/b/a Metropolis Homes v. Floors Unlimited*

05-03-01267-CV  *Peter Wagner v. Option One Mortgage*

05-03-00729-CV  *Nicki West v. City of Crandall*

05-99-01310-CV  *In re: Outback Steakhouse of Dallas*

05-99-00474-CV  *Harvey Lerer v. Stephen Lerer*

05-99-01599-CV  *In the Matter of C.D.W.*

05-99-02044-CV  *Federal Flood Certification Corp. v. B.R. Blackmarr & Associates*

05-99-00441-CV  *Al Holman v. Scottie Adams*

05-97-01161-CV  *Philip C. Barrett v. American Eagle Insurance*

05-97-00399-CV  *South West Property Trust Inc v. Dallas County Flood Control District*

05-97-01423-CV  *Patrick James Barber v. Carol Jean Barber*